**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREEVILLE DIVISION**

**MINNIE RILEY** **PLAINTIFF**
**AND OTHERS SIMILARLY SITUATED**

**V** **CAUSE NO. 4:26-CV-4-PRC-JMV**

**LEFLORE COUNTY, MISSISSIPPI** **DEFENDANT**

**ANSWERS AND DEFENSES**

COMES NOW Defendant, Leflore County, Mississippi, by and through counsel, and files this its answers and defenses to the complaint filed by Plaintiff, Minnie Riley, and in support hereof would show unto the Court the following to wit:

**FIRST DEFENSE**

That the sole proximate cause of any and all violations of the FLSA, if any, resulted from the action of the County Court Judge James Littleton and therefore, James Littleton is liable to the plaintiff for wages, if any, Plaintiff was not paid from and after November 7, 2025.

## SECOND DEFENSE

That Plaintiff was responsible for preparing and presenting to the Leflore County Board of Supervisors ("LCBOS") the time sheets for herself and other employees in the Detention Center, showing any hours she and other workers had performed for services to Leflore County after November 7, 2025. That Plaintiff failed to produce the time sheets and therefore the County, as a governmental agency, for good cause shown, should be excused from the payment of any compensatory damages, additional back pay, overtime, interest, penalties, and attorney's fees.

## THIRD DEFENSE

That, according to James Littleton, Plaintiff removed the time sheets from Leflore County at the time of the termination of her employment and has not returned them in violation of Miss. Law. Further, Leflore County made a good faith effort to find the records and pay all employees after discovering that Littleton had continued to require said employees to work after November 7, 2025. Therefore, Leflore County invokes the doctrine of mitigation of damages to minimize or cancel out any recovery of compensatory or special damages proximately or directly caused by plaintiff's removal of said timesheets.

## FOURTH DEFENSE

That at all times herein after mentioned, Leflore County acted in good faith, and therefore it should not be held liable for any damages other than back pay.

## FIFTH DEFENSE

That Leflore County reserves the right to amend its defenses once additional facts and/or information become known to it.

## ANSWER

Leflore County answers each and every allegation of the complaint as follows:

1. Leflore County admits the allegations contained in ¶1 of the complaint.

2. Leflore County admits the allegations contained in ¶2 of the complaint.

3. Leflore County denies that "Minnie Riley is an hourly employee of the Leflore County Detention Center."

4. Leflore County denies the allegations contained in ¶4 of the complaint.

5. Leflore County admits the allegations contained in ¶5 of the complaint.

6. Leflore County admits the allegations contained in ¶6 of the complaint.

7. Leflore County admits the allegations contained in ¶7 of the complaint.

8. Leflore County admits the allegations contained in ¶8 of the complaint.

9. The allegations contained in ¶9 lack a factual basis, constitute conclusions of law and therefore, Leflore County neither admits nor denies the allegations.

## FACTS

10. Leflore County denies the allegations contained in ¶10 as stated.

11. Leflore County denies the allegations contained in ¶11 as stated.

12. Leflore County denies the allegations contained in ¶12 of the complaint as stated.

13. Leflore County denies the allegations contained in ¶13 of the complaint.

14. Leflore County admits the allegations contained in ¶14 of the complaint.

15. Leflore County admits the allegations contained in ¶15 of the complaint.

16. Based upon a reasonable inquiry, the allegations of ¶16 are admitted.

17. Leflore County denies the allegations contained in ¶17 of the complaint.

18. Leflore County denies the allegations contained in ¶18 as stated.

19. Leflore County denies the allegations contained in ¶19 of the complaint.

20. Leflore County denies the allegations contained in ¶20 as stated.

21. Leflore County denies the allegations contained in ¶21 of the complaint.

22. Leflore County denies the allegations contained in ¶22 of the complaint.

23. Leflore County denies the allegations contained in ¶23 of the complaint.

24. Leflore County denies the allegations contained in ¶24 of the complaint.

25. Leflore County denies the allegations contained in ¶25 of the complaint.

## CAUSES OF ACTION

### COUNT I

26. No response to ¶26 is required.

27. Leflore County admits the allegations contained in ¶27 of the complaint.

28. Leflore County admits the allegations contained in ¶28 of the complaint.

29. Leflore County denies the allegations contained in ¶29 as stated.

### COUNT II

30. No response to ¶30 is required.

31. Leflore County denies the allegations contained in ¶31 as stated.

32. Leflore County denies the allegations contained in ¶32 as stated.

33. Leflore County denies the allegations contained in ¶33 as stated.

34. Leflore County denies the allegations contained in ¶34 of the complaint.

35. Leflore County denies the allegations contained in ¶35 of the complaint.

### REMEDIES

36. Leflore County admits that Plaintiff is entitled to relief as follows:

A. Back pay based on hours recently submitted to Leflore County; and

B. Reasonable attorney's fees as a prevailing party only.

Leflore County denies that Plaintiff is entitled to recover compensatory damages, additional back pay, unpaid overtime, liquidated damages, and/or other relief.

Leflore County further requests that the Court deny plaintiff a judgment declaring that its actions, if any, were unlawful.

Respectfully submitted, this the 23rd day of March, 2026.

*s/s Willie Griffin*______
Willie Griffin
MSB # 5022
Bailey & Griffin, P. A.
1001 Main St.
PO Box 189
Greenville, MS 38702-0189
662-335-1966
wgriffinlawyer@aol.com

**CERTIFICATE OF SERVICE**

I, Willie Griffin, hereby certify that the foregoing document has been posted on MEC and emailed to Judge Littleton at jameslittleton@gmail.com.

This the 23rd day of March, 2026.

*s/s Willie Griffin*_____
Willie Griffin