UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## **NOTICE**

MINNIE RILEY                                                            PLAINTIFF

V.                                              CIVIL ACTION NO.: 4:26-CV-004-RPC-JMV

LEFLORE COUNTY, MISSISSIPPI                                             DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM 1 – THIRD FLOOR**<br>**MONDAY, MAY 17, 2027**<br>**9:40 A.M.** |

**Type of Proceeding**

### **MVD JURY TRIAL BEFORE U.S. DISTRICT JUDGE ROBERT P. CHAMBERLIN**

**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.
YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE
AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

---

DANIEL B. MCHUGH, Clerk of Court


BY:___/s/_____Jennifer Cummings_____
                    Courtroom Deputy


Date:  April 27, 2026


To:     Joel Frank Dillard (electronic notice only)        Kevin Thomas Hanlon (electronic notice only)
        Willie Griffin (electronic notice only)


**CONTACT CHAMBERS AT 662-369-8651 OR judge_chamberlin@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**