# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### <u>NOTICE</u>

**MINNIE RILEY**                                                                    **PLAINTIFF**
**AND OTHERS SIMILARLY SITUATED**

**VS.**                                          **CIVIL ACTION NO.: 4:26-cv-4-RPC-JMV**

**LEFLORE COUNTY, MISSISSIPPI**                                        **DEFENDANT**

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS   38701** | **Room 364** |
| | *Date and Time* |
| | **JULY 8, 2026**<br>**10:00 A.M.** |

*Type of Proceeding*

## SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S)
WITH FULL SETTLEMENT AUTHORITY MUST ATTEND UNLESS EXCUSED BY
THE COURT.**

**Please note: On most occasions Judge Virden does not recess the conference for a lunch break.   However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break.   Also, you are welcome to bring a snack such as protein bars or nuts, etc.**

                                                 **DANIEL B. McHUGH, Clerk of Court**

                                   By:   /s/ *Itonia R. Williams*
                                          Courtroom Deputy

Date:   June 9, 2026

If you have any questions, contact Itonia R. Williams at 662-335-9214
or via email: itonia_williams@msnd.uscourts.gov.