**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**CIVIL MINUTES**

**CASE NO.: 4:26-cv-4-RPC-JMV** **PLACE HELD – Greenville, MS**

**MINNIE RILEY**
**AND OTHERS SIMILARLY SITUATED**

**VS.**

**LEFLORE COUNTY, MISSISSIPPI**

**DATE & TIME BEGUN/ENDED:** **July 8, 2026**
**10:00 a.m. – 12:00 p.m.**

**Total Time – 2 hours**

---

**PRESENT:**

**Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorney for Plaintiff** | **Attorney for Defendant** |
|---|---|
| Kevin T. Hanlon | Willie Griffin |

---

**PROCEEDINGS:** **Settlement Conference**

---

**Docket Entry:** The settlement conference was held. The case was settled subject to formal board approval.

**DANIEL B. McHUGH, Clerk of Court**

**By:** /s/ *Itonia R. Williams*
Courtroom Deputy