**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MINNIE RILEY** **PLAINTIFF**

**V.** **NO. 4:26-CV-004-RPC-JMV**

**LEFLORE COUNTY, MISSISSIPPI** **DEFENDANT**

**ORDER DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed, and further litigation is necessary.

This the 20th day of August, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**